UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Itoffee R. Gayle_

Write the full name of each plaintiff.

__18CV6025__

(Include case number if one has been assigned)

-against-

_Angie Villamarin_

**COMPLAINT**

Do you want a jury trial? ☑ Yes ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ Federal Question

☐ Diversity of Citizenship

A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

i) Federal Trademark infringement under 15 USC.
ii) Federal Unfair Competition under 15 USC. & Trademark infrigement under Related Stated Laws
iii) Copyright infrigement under 17 U.S.C

B. If you checked Diversity of Citizenship

1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, __Itoffee R. Gayle__, is a citizen of the State of
(Plaintiff's name)

__New York__
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, __AnGie Villamarin__, is a citizen of the State of
(Defendant's name)

__New York__

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

__Itoffee__         __R__              __Gayle__
First Name       Middle Initial    Last Name

__2010 powell Ave__
Street Address

__Bronx__                      __N.Y.__            __10472__
County, City                    State               Zip Code

_____         __ItoffeeGayle@yahoo.com__
Telephone Number                 Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:
First Name: AnGie
Last Name: Villamarin
Current Job Title (or other identifying information): REP All-Star Coach
Current Work Address (or other address where defendant may be served): 212 North End Ave
County, City: New York City
State: N.Y.
Zip Code: 10282

Defendant 2:
First Name:
Last Name:
Current Job Title (or other identifying information):
Current Work Address (or other address where defendant may be served):
County, City:
State:
Zip Code:

Defendant 3:
First Name:
Last Name:
Current Job Title (or other identifying information):
Current Work Address (or other address where defendant may be served):
County, City:
State:
Zip Code:

Defendant 4: _____
               First Name              Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City              State              Zip Code

### III. STATEMENT OF CLAIM

Place(s) of occurrence: **New York**

Date(s) of occurrence: **2016**

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

(1) The Defendant Angie Villamarin used the Trademark "Art We All" Registration 5108721 Along with copyrights VA 2008958 And VA 2006958 in the manufacturing of Baseball Hats now popularly known as "Dad Hats". The defendant was contacted via the social media platform, Instagram IN 2016 to cease production of the fraudulent hats containing the "Art we All" Trademark. Despite the firm warning, the defendant continued to manufacture, promote, and sell false versions of Art we All dad Hats via Direct sales, Pop up Art Shows, And

sales via Sideshow Skate Shop. In addition, the counterfeit hat was used as a prop in music video produced by John Green Films

② The counterfeit hat and Plaintiff's hat are one in the same, with the exception for the back design. Plaintiff's authentic model includes "NYC" while defendant's fraudulent model includes "Greedysouls." The defendant use of the plaintiff's well known "ART WE ALL" design and moniker is likely to cause consumers to falsely believe that defendant's products come from or are otherwise associated with Plaintiff.

③ As a result, the Plaintiff, Itoffee R. Gayle sets forth claims for

Copyright and Trademark Infringement, unfair competition and deceptive trade practices. The Plaintiff seeks finacial relief amounting to $850,000 for treble and punitive damages. In addition, the Plaintiff requires an accounting of defendant's profits from all sales of counterfeit hats including the sales records from Sideshow Skate Shop and permanent cease in production, promotion and selling of counterfeit ART WE ALL DAD HATS.

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

$850,000

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: _____

Plaintiff's Signature: I. Gayle

First Name: Itoffee   Middle Initial: R   Last Name: Gayle

Street Address: 2010 Powell Ave

County, City: Bronx   State: N.Y.   Zip Code: 10472

Telephone Number: _____

Email Address (if available): _____

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-088-822**

**Effective Date of Registration:**
March 28, 2017

## Title

**Title of Work:** Art we All Group Registration Photos, New York, published January 1, 2012; 13 photos.

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** January 01, 2012
**Nation of 1st Publication:** United States

## Author

- **Author:** Itoffee Gayle
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Itoffee Gayle
2010 Powell Ave, Bronx, NY, United States

## Rights and Permissions

**Name:** Itoffee Gayle
**Email:** itoffeegayle@yahoo.com
**Telephone:** (917)952-5661
**Alt. Telephone:** (347)624-2475

## Certification

**Name:** Itoffee Gayle
**Date:** February 06, 2018

Page 1 of 2

# Certificate of Registraon



This Certifte issued under the seal of the Copyright Office in acrdance with title 17, *United States Code*, attests thatgistration has been made for the work identified bw. The information on this certificate has been madeart of the Copyright Office records.

*Maa A. Pallante*

United StatRegister of Copyrights and Director

**Registration Number**
## VA 2-006-958
**Effective Date of Registration:**
March 25, 2016

## Title

Title of Wrk: Art We All

## Completion/Publicatio

Year of Complon: 2012
Date of 1st Publicon: January 01, 2012
Nation of 1st Publicon: United States

## Author

- Aur: Itoffee Gayle
  Author Cred: photograph
  Citizof: United States

## Copyright Claimant

Copyright Claimt: Itoffee Gayle
2010 Powell Ave., Bronx, NY, 10472, United States

## Rights and Permissio

Nae: Itoffee Gayle
Eril: representart1@gmail.com
Telephe: (917)952-5661

## Certification

Nae: Itoffee Gayle
De: March 25, 2016

# United States of America
### United States Patent and Trademark Office

# ART WE ALL

**Reg. No. 5,108,7**  
**Registered Dec. , 2016**  
**Int. Cl.: 35**  
**Service Mark**  
**Principal Registe**

Gayle, Itoffee (UNITED STATES INDIVIDUAL)  
2010 Powell Ave Apt 2F  
Bronx, NY 10472

CLASS 35: Retail store services featuring works of art

FIRST USE 4-27-2016; IN COMMERCE 4-27-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-032,634, FILED 05-11-2016  
STEPHANIE DIA RYDLAND, EXAMINING ATTORNEY



Director of the United tes  
Patent and Trademark (ice





← Most Recent
#artweall

**cristianlazarus**
Bushwick/Ridgewood

FOLLOW



▶ 150 views

cristianlazarus GREEDY $0UL$ POP-UP $HOP tonight! 1001 Irving Ave, Brooklyn NY 11385 - LIVE ART, MUSIC, DRINKS & A SPECIAL GUEST PRESENTATION BETWEEN 9-10pm - COME THRU! #greedysouls #popupshop #brooklyn #loft #music #art #fashionevent #queenskids #artweall





PhotoDirector

 **_PINNACLE, VITALIA.G, NEEN_...** 

Name this group... 



Hello All,

On behalf of the original Artweall LLC and associates, I am extending a firm warning to you that the use of any variations of the ArtweAll LLC logo without consent will result in serious legal consequences. Creation, distribution, and sales of merchandise containing the ArtweAll LLC logo violates the NYC's Consumer Protection Law and related laws.

Please do not hesitate to address any concerns or questions.

 Write a message... 

 _PINNACLE, VITALIA.G, NEEN_... 



Name this group...

Hello there to you too, on behave of GREEDYSOULS & anyone who can relate & connect to the phrase "Art we all" is a feeling put on a cap with different font then yours & different intent nowhere does it violate the ArtweAll LLC / artweallnyc /artweallone ect...or who ever you represent ......... however, the right only applies to the types of goods or services that are registered for that name. The name does not apply to all products. If your trademark is for a line of clothing, another company can still use that name for its tractors. Also, a trademarks is limited to goods or services being produced now, not ones you are thinking about for the future.
I would appreciate if you contact me directly to address any other concerns you may have .



 Write a message... 

← Photo



a_steez
Aloft Long Island City-Manhattan View



252 likes

**a_steez** Everything I said, it happened 🙏 believe in yourself ! keep your faith, your trust, & never stop working on your dreams. I am grateful for all the believers, for all the love & support we been getting! @greedysouls Is More then just designs it's a metaphorical love message! we are creating waves ! we are all artist ! #artweall #workonyou #greedysouls #anythingyoucanimagineisreal
#findyourpassion #dowhatyoulove #lovewhatyoudo #secondcollection #ontheway