UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ITOFFEE R. GAYLE,                              :

                                                     :        ORDER
                     Plaintiff,

                                                     :        18 Civ. 6025 (GBD) (GWG)
   -v.-
                                                   :

ANGIE VILLAMARIN,
                                                   :

                   Defendant.           :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

     As was made clear in Docket # 79, briefing must comply with paragraph 2.B of the Court's Individual Practices. The notice of motion filed in this case (Docket # 81) fails to so comply. Defendant is directed to file an amended notice of motion.

     SO ORDERED.

Dated: September 28, 2020
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge