**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ITOFFEE R. GAYLE,

                Plaintiff,

    -against-                                    18 **CIVIL** 6025 (GBD)(GWG)

                                                        **<u>JUDGMENT</u>**

ANGIE VILLAMARIN,

                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated September 14, 2021, Magistrate Judge Gorenstein's Report is ADOPTED. Defendants' motion for summary judgment, (ECF No. 81), is GRANTED in its entirety.

**Dated:**  New York, New York

        September 14, 2021


                                                      **RUBY J. KRAJICK**

                                                        **Clerk of Court**
                              **BY:**    *K. Mango*

                                                        **Deputy Clerk**