UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
ITOFFEE R. GAYLE                                             :
                                                             :     **ORDER**
                    Plaintiff,                               :     18 Civ. 6025 (GBD)(GWG)
                                                             :
          -v.-                                               :
                                                             :
ANGIE VILLAMARIN                                             :
                                                             :
                    Defendant,                               :
                                                             :
-------------------------------------------------------------X

GABRIEL W GORENSTEIN, Magistrate Judge:

   With respect to defendant's counterclaim, the parties shall file the materials required by paragraphs VI. A and VI.B of Judge Daniels' Individual Practices on or before October 29, 2021.

SO ORDERED.

DATED:    New York, New York
          October 8, 2021

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge